**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Melvin Taylor SOLOMON, Petitioner**

**No. 520 WAL 2016**

Supreme Court of Pennsylvania.

April 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of April, 2017, the Petition for Allowance of Appeal is DENIED.